```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 12458
   WILLIAM E SHERLOCK
   BARBARA J SHERLOCK                           CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
    SSN XXX-XX-2159     SSN XXX-XX-6183

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2005 and was confirmed 06/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was paid in full 09/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE                CURRENT MORTG         .00             .00              .00
GMAC MORTGAGE                MORTGAGE ARRE     2214.49             .00          2214.49
SOVEREIGN BANK               MORTGAGE ARRE     1020.04             .00          1020.04
SOVEREIGN BANK               CURRENT MORTG         .00             .00              .00
DAIMLER CHRYSLER FINANCI     SECURED          19400.00         1737.29         19400.00
DAIMLER CHRYSLER FINANCI     UNSECURED         1457.86             .00           218.68
BANK OF AMERICA NA           UNSECURED        NOT FILED            .00              .00
CAPITAL ONE                  UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP        UNSECURED         4502.62             .00           675.39
RESURGENT ACQUISITION LL     UNSECURED        15241.11             .00          2286.17
ETRADE CREDIT CARD           UNSECURED        NOT FILED            .00              .00
FLEET CREDIT CARD            UNSECURED        NOT FILED            .00              .00
FLEET CREDIT CARD            UNSECURED        NOT FILED            .00              .00
KOHLS                        UNSECURED         1639.57             .00           245.94
ECAST SETTLEMENT CORP        UNSECURED        14571.54             .00          2185.73
ECAST SETTLEMENT CORP        UNSECURED          739.05             .00           110.86
ECAST SETTLEMENT CORP        UNSECURED         5979.59             .00           896.94
WELLS FARGO FINANCIAL IL     UNSECURED         2107.69             .00           316.15
INTERNAL REVENUE SERVICE     PRIORITY          2198.86             .00          2198.86
INTERNAL REVENUE SERVICE     NOTICE ONLY      NOT FILED            .00              .00
INTERNAL REVENUE SERVICE     UNSECURED           32.40             .00             4.86
SOVEREIGN BANK               CURRENT MORTG         .00             .00              .00
SOVEREIGN BANK               CURRENT MORTG         .00             .00              .00
SOVEREIGN BANK               CURRENT MORTG         .00             .00              .00
LORRAINE GREENBERG & ASS     DEBTOR ATTY      1,894.00                         1,894.00
TOM VAUGHN                   TRUSTEE                                           2,112.02
DEBTOR REFUND                REFUND                                                2.58

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 12458 WILLIAM E SHERLOCK & BARBARA J SHERLOCK
```

```
TRUSTEE                                   37,520.00

PRIORITY                                                       2,198.86
SECURED                                                       22,634.53
    INTEREST                                                   1,737.29
UNSECURED                                                      6,940.72
ADMINISTRATIVE                                                 1,894.00
TRUSTEE COMPENSATION                                           2,112.02
DEBTOR REFUND                                                      2.58
                                       ---------------   ---------------
TOTALS                                    37,520.00            37,520.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 12/22/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE